**ART HASAN, CA Bar No. 167323**
AHasan@lrrc.com
**ANNE WANG, CA Bar No. 151000**
AWang@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff
TIMELY INVENTIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TIMELY INVENTIONS, LLC, a Delaware Limited Liability Company, | Case No. 2:17-cv-08854-AB (RAOx) |
|---|---|
| Plaintiff, | **TIMELY INVENTIONS, LLC'S ANSWER TO DEFENDANT INTUIT INC.'S COUNTERCLAIMS** |
| vs. | |
| INTUIT INC., a Delaware Corporation, | **DEMAND FOR JURY TRIAL** |
| Defendant. | Hon. André Birotte Jr. |
| AND RELATED COUNTERCLAIM | |

Plaintiff, TIMELY INVENTIONS, LLC ("Timely Inventions" or "Plaintiff") Answers the Counterclaim of Defendant INTUIT INC. ("Intuit") as follows:

## PARTIES

1. Timely Inventions lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 1 of the Counterclaims.

2. Timely Inventions admits the allegations of paragraph 2 of the Counterclaims.

**JURISDICTION AND VENUE**

3. Timely Inventions admits that Intuit seeks declaratory relief but denies all other allegations of paragraph 3 of the Counterclaims.

4. Timely Inventions admits that this Court has subject matter jurisdiction over this action as alleged in paragraph 4 of the Counterclaims.

5. Timely Inventions admits that this Court has personal jurisdiction over Timely Inventions in this matter and denies all other allegations of paragraph 5 of the Counterclaims.

6. Timely Inventions admits that venue is proper in this judicial district and denies all other allegations of paragraph 6 of the Counterclaims.

7. Timely Inventions admits that there is an actual, live and justiciable controversy between the parties, and denies all other allegations of paragraph 7 of the Counterclaims.

**FIRST COUNTERCLAIM**

**(Declaration of Non-Infringement of U.S. Patent No. 7,861,865**

8. Timely Inventions repeats and re-alleges paragraphs 1-7 of its Answer in response to paragraph 8 of the Counterclaims.

9. Timely Inventions admits the allegations of paragraph 9 of the Counterclaims.

10. Timely Inventions admits the allegations of paragraph 10 of the Counterclaims.

11. Timely Inventions denies the allegations of paragraph 11 of the Counterclaims.

12. Timely Inventions lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 12 of the Counterclaims, and on that basis denies them.

13. Timely Inventions lacks knowledge or information sufficient to form a belief about the truth of all other allegations of paragraph 13 of the Counterclaims, and on that basis denies them.

## SECOND COUNTERCLAIM

### (Declaration of Invalidity of U.S. Patent No. 7,861,865)

14. Timely Inventions repeats and re-alleges paragraphs 1-13 of its Answer in response to paragraph 14 of the Counterclaims.

15. Timely Inventions admits the allegations of paragraph 15 of the Counterclaims.

16. Timely Inventions admits the allegations of paragraph 16 of the Counterclaims.

17. Timely Inventions denies the allegations of paragraph 17 of the Counterclaims.

18. Timely Inventions lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 18 of the Counterclaims, and on that basis denies them.

19. Timely Inventions lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 19 of the Counterclaims, and on that basis denies them.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. Intuit's Counterclaim and each claim for relief alleged fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

2. Intuit's Counterclaim is barred, either in whole or in part, by the doctrine of unclean hands.

### Third Affirmative Defense

3. Intuit's Counterclaim is barred or unenforceable under the doctrine of equitable estoppel.

### Fourth Affirmative Defense

4. Intuit's Counterclaim is barred, in whole or in part, by the doctrine of waiver.

### Fifth Affirmative Defense

5. Intuit's Counterclaim is barred, in whole or in part, by the doctrine of acquiescence.

## PRAYER FOR RELIEF

WHEREFORE, Timely Inventions prays for the following relief:

A. That Intuit's Counterclaim is dismissed with prejudice;

B. That judgment be entered in favor of Timely Inventions and against Intuit;

C. That injunctive relief be awarded in favor of Timely Inventions and against Intuit;

D. That this be declared an exceptional case pursuant to 35 U.S.C. § 285, and that Timely Inventions is awarded all of its attorneys' fees, costs, and expenses incurred in this action; and

E. For such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff/Counter-Defendant Timely Inventions, LLC demands a jury trial on all issues for which a jury trial is permitted.

Dated: March 19, 2018

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /s/ Art Hasan
Art Hasan

Attorneys for Plaintiff
TIMELY INVENTIONS, LLC

SRD 103272403.2-*-03/19/2018 2:40 PM

-5-