UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT INC., a Delaware Corporation,,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV17-08854-AB (RAOx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**Hon. André Birotte Jr.** |

The Court having considered the Parties' Stipulation for Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown,

IT IS ORDERED that this action is dismissed with prejudice as to all claims, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 14, 2018

Honorable André Birotte, Jr.
United States District Judge